UNITED STATES of America,
Plaintiff–Appellee,

v.

Jaime GOMEZ, Defendant–Appellant.

No. 05–11288
Non–Argument Calendar.
D.C. Docket No. 04–00032–
CR–J–20–MMH.

United States Court of Appeals,
Eleventh Circuit.

March 22, 2006.

Before MARCUS, WILSON and HILL, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, appointed counsel for Jaime Gomez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Gomez's conviction and sentence is **AFFIRMED**.